IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 02 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02067-BNB

JASON HILLS,

    Applicant,

v.

FRED FIGUEROA, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Jason Hills, is a prisoner in the custody of the Oklahoma Department of Corrections and currently is incarcerated at the North Fork Correctional Facility in Sayre, Oklahoma. Mr. Hills has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

The Court must construe the Application liberally because Mr. Hills is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Hills will be ordered to file an Amended Application.

Mr. Hills alleges that he was convicted in the Jefferson County District Court on charges of first degree burglary, second degree assault, false imprisonment, failure to leave, attempted first degree murder, and menacing and was sentenced to a total of fifty-three years of incarceration. Applicant further asserts that the judgment of

conviction was entered on May 23, 2003, that he appealed directly from the judgment of conviction to the Colorado Court of Appeals, and that certiorari review was denied on September 11, 2006. Mr. Hills also alleges that he filed a postconviction motion pursuant to Colo. R. Crim. P. 35(b) in November 2006 and that in August 2007 he was granted a five-year reduction in sentence.

Mr. Hills has failed to complete the Court-approved form in a manner that makes clear the claims he intends to assert in this Court. He fails to state any claims in the application form. Instead, he simply has written "Please see Attached Arguments" in the space provided on the form for a statement of an applicant's claims. Mr. Hills, however, has not attached any documents to the Application. The Court notes that Mr. Hills attached what appears to be a brief to the Application he submitted to the Court on September 27, 2007, but the brief does not include information on how each of the identified issues were exhausted and whether he intends to raise each of these issues with this Court.

Mr. Hills will be given an opportunity to file an Amended Application. He is instructed to state each of his claims on the application form in the space provided. In addition, Mr. Hills also must demonstrate how he has exhausted state remedies as to each asserted claim. *See* 28 U.S.C. § 2254(b)(1); ***Dever v. Kansas State Penitentiary***, 36 F.3d 1531, 1534 (10th Cir. 1994). Accordingly, it is

ORDERED that Mr. Hills file **within thirty days from the date of this Order** an Amended Application that complies with the Order. It is

FURTHER ORDERED that Mr. Hills' Amended Application shall be titled,

"Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Hills, together with a copy of this Order, two copies of the following form for use in filing the Amended Application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Hills fails within the time allowed to file an Amended Application as directed the Application will be denied and the action will be dismissed without further notice.

DATED November 2, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02067-BNB

Jason Hills
Prisoner No. 822550
North Fork Correctional Facility
1605 East Main Street
Sayre, OK 73662

    I hereby certify that I have mailed a copy of the **ORDER and and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 11/2/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk