IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 07-cv-02067-WYD

JASON HILLS,

    Applicant,

v.

FRED FIGUEROA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

Applicant Jason Hills, a prisoner currently in the custody of the Oklahoma Department of Corrections at the North Fork Correctional Facility in Sayre, Oklahoma, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2254. On April 4, 2008, Mr. Hills filed a Petition for Summary Judgment. In the Petition, he requests that the Court grant all relief because Respondents have failed to respond. The Petition appears to be considered more properly as a request for entry of default judgment under Fed. R. Civ. P. 55(a).

Nonetheless upon review of the Docket, I have determined that Respondents inadvertently have not been ordered to respond to the Application. Therefore, Mr. Hills' request is without basis and will be denied. Accordingly, it is

ORDERED that Applicant's construed request for entry of default judgment (Doc. No. 15) is denied without prejudice.

Dated: April 9, 2008

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
U. S. DISTRICT JUDGE