IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02067-WYD

JASON HILLS,

    Applicant,

v.

FRED FIGUEROA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

    Applicant Jason Hills, a prisoner in the custody of the Colorado Department of Corrections at the Limon, Colorado, Correctional Facility, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2254, and Respondents have filed an Answer.  I find that the trial transcript record is necessary for the resolution of this action.

    Pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide to this Court the complete trial transcript record in Mr. Hills' criminal action in Jefferson County District Court Case No. 02CR1263.  Accordingly, it is

    ORDERED that Respondents shall provide to this Court **within ten days from the date of this Order** the complete trial transcript record of Mr. Hills' criminal case as described above in this Order.  It is

FURTHER ORDERED that the Clerk of the District Court for Jefferson County produce the records as described in this Order that are in their possession and provide the records to counsel for Respondents, in this case, for filing with this Court. It is

FURTHER ORDERED that the Clerk of this Court send a copy of this Order to both parties and to the Clerk of the District Court for Jefferson County at the Jefferson County Court and Administrative Facility, 100 Judicial County Parkway, Golden, CO 80401.

Dated: June 12, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge